# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Cedric Lewis <br> *Plaintiff* <br> v. <br> United States Postal Service, John E. Potter <br> *Defendant* | Civil Action No. 6:09-570-HFF |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*      recover from the defendant *(name)*      the amount of      dollars ($    ), which includes prejudgment interest at the rate of    %, plus postjudgment interest at the rate of    %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*      recover costs from the plaintiff *(name)*      .

■ other: the court adopts the Report and Recommendation granting defendants United States Postal Service and Jack Potter's motion to dismiss.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.

☐ tried by Judge      without a jury and the above decision was reached.

■ decided by Judge    Henry F. Floyd    on a motion for dismissal.

Date: December 14, 2009

*CLERK OF COURT*

**s/Angela Lewis**

*Signature of Clerk or Deputy Clerk*